# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                      **PLAINTIFF**
**#650936**

**V.**                          **NO. 4:24-cv-584-JM-ERE**

**SMITH,** *et al.*                                                                       **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Frazier's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.**     **Discussion:**

On July 10, 2024, *pro se* plaintiff Carlos Ray Frazier, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. Frazier failed to provide a completed application for leave to proceed in forma pauperis (IFP), including an accompanying affidavit;

nor did he pay a filing fee. *Doc. 2*. Accordingly, on July 16, 2024, I directed the Clerk of Court to send Mr. Frazier an IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $405.00 filing fee. *Doc. 4*. The Court's Order specifically warned Mr. Frazier that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Frazier has not addressed the filing-fee requirement, and the time to do so has passed.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Frazier's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 16, 2024 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 22 August 2024.

_____
UNITED STATES MAGISTRATE JUDGE